UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| HOUSTON POLICE OFFICERS' UNION, Plaintiff, | § § § § § | CIVIL ACTION NO 4:24-cv-00478 |
|---|---|---|
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| KROGER TEXAS LP and THE KROGER CO, Defendants. | § § § | |

## MINUTE ENTRY

Minute entry for MOTION HEARING before Judge Charles Eskridge on June 23, 2025. All parties present and represented by counsel.

The Court addressed the motion to dismiss by Defendants Kroger Texas LP and The Kroger Co. Dkt 38.

Argument heard.

The motion was TAKEN UNDER ADVISEMENT.

SO ORDERED.

Signed on June 23, 2025, at Houston, Texas

*/s/ CREskridge*
Hon. Charles Eskridge
United States District Judge